Chabin *v.* Chabin, Appellant.

Submitted

June 10, 1969. *Sara Duffy,* for appellant; *Leonard G. Schumack,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.